# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICIA NICOLE SHUBERT,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5523** |
| | : | |
| **MODIVCARE CALL CENTER PENNSYLVANIA,** *et al.*, | : | |
| | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 2nd day of December, 2024, upon consideration of Plaintiff Alicia Nicole Shubert's Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Shubert's federal claims are **DISMISSED WITH PREJUDICE**; and

    b. To the extent Shubert's Amended Complaint can be construed as raising claims under state law, those claims are **DISMISSED WITHOUT PREJUDICE** to Shubert reasserting those claims in state court because this Court lacks subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**